NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-751

RICHARD WASHINGTON, ET UX
VERSUS
BILLY W. KING, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 970362
HONORABLE JULES D. EDWARDS, III, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Oswald A. Decuir, and Marc T. Amy
Judges.

MOTION TO DISMISS APPEAL GRANTED.

Larry Lane Roy
Brian T. Roy
Jessica A. Devitt
Preis, Kraft & Roy
Post Office Drawer 94-C
Lafayette, LA 70509
(337) 237-6062
Counsel for Defendants/Appellees:
    Allstate Insurance Company
    Pamela Daniels
    Billy King
    Gordon King

Keith David Thornton
Attorney at Law
921 N. Lobdell Avenue, Ste C
Baton Rouge, LA 70806
(225) 928-4946
Counsel for Plaintiff/Appellant:
    Richard Washington

George Edward Williams, Jr.
Rabalais Law Firm, L.L.C.
Post Office Box 54024
Lafayette, LA 70505-4024
(337) 289-6555
Counsel for Defendants/Appellees:
    Allstate Insurance Company
    Pamela Daniels
    Billy King
    Gordon King